ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK, CSBN 131517
Special Assistant United States Attorney
Social Security Administration
160 Spear Street., Suite 800
San Francisco, CA  94105
Telephone:  (415) 977-8935
Facsimile:  (415) 744-0134
Email: jean.turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DORA GILES, | CASE NO. 10 -cv-01943 JC |
| Plaintiff, | |
| v. | JUDGMENT FOR PLAINTIFF |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE:       9/19/2012

_____/s/_____
HON. JACQUELINE CHOOLJIAN
United States Magistrate Judge

-1-